AO 247 (02/08) Order Regarding Motion for Sentence Reduction

RECEIVED
USDC, WESTERN DISTRICT OF
ROBERT H. SHEMWELL, CLERK
DATE 3/3/08
BY

# UNITED STATES DISTRICT COURT
## for the
### Western District of Louisiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Markus Paul Calais | ) | Case No: 6:02CR60050-002 |
| | ) | USM No: 11649-035 |
| Date of Previous Judgment: 09/02/2003 | ) | Pro Se |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☑ **DENIED.**   ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 30            Amended Offense Level: 26
Criminal History Category: III         Criminal History Category: III
Previous Guideline Range: 121 to 151 months   Amended Guideline Range: 78 to 97 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☑ Other (explain):
   As the defendant's current sentence of 72 months is below the newly applicable guideline range, no further reduction is warranted.

**III. ADDITIONAL COMMENTS**

3/3/08
GB
USP cc
USM cc

Except as provided above, all provisions of the judgment dated 09/02/2003 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 03/03/2008

_____
Judge's signature

Effective Date: _____
(if different from order date)

Tucker L. Melancon, United States District Judge
Printed name and title