UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 02-60050 |
| VERSUS | JUDGE MELANÇON |
| MARCUS CALAIS (02) | MAGISTRATE JUDGE METHVIN |

**ORDER**

Before the Court is Marcus Calais's ("Calais") Motion for Reconsideration of Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. §3582(c)(2) [Rec. Doc. 113].  The Court is aware that Calais has been recently released from prison and is currently housed at a half-way house.  As it is in the best interest of society and Calais that the defendant receive the structure and support provided by the half-way house, it is

**ORDERED** that Calais's Motion [Rec. Doc. 113] is **DENIED**.

**THUS DONE AND SIGNED** this 7th day of March, 2008 at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE